FILED BY KS D.C.
APR 07 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

21-mj-2670-OTAZO-REYES



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

Michael B. Homer, AUSA
United States Attorney's Office
99 N.E. 4th Street, 4th Floor
Miami, FL 33132-2111
Tel. (305) 961-9289

March 24, 2021

Lydia E. Arvelo

Ms. Arvelo:

    This letter is to notify you that you are a target of a federal grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, offenses relating to various health care fraud, wire fraud, and Anti-Kickback Statute violations.

    If you have retained counsel, please have him or her contact me regarding this matter. If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

    If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact me at the telephone number above for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

Sincerely,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *[signature]*

Michael B. Homer
Assistant United States Attorney